

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2016

No. 04-16-00835-CV

Alejandro **RODRIGUEZ** and Lisa Rodriguez,
Appellants

v.

**VRM** (Vendor Resource Management), Duly Authorized Agent for the Secretary of Veterans
Affairs,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2016CV04366
Honorable Jason Wolff, Judge Presiding

## O R D E R

Appellants have filed a motion to extend time to file their notice of appeal. Appellee filed a response opposing the motion. After reviewing both the motion and the response, we **GRANT** appellant's motion to extend time to file the notice of appeal. Thus, appellants' notice of appeal is timely.

We **order** the clerk of this court to send a copy of this order to all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court